# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GILES MANLEY,

        Petitioner,

vs.

E.K. MCDANIEL, *et al.,*

        Respondents.

3:11-CV-00256-LRH-VPC

**ORDER**

    On April 11, 2011, plaintiff filed a motion for extension of time to file writ of habeas corpus (docket #1). Such document is insufficient to initiate a habeas corpus action in this court. As stated in Rule 1 of the Federal Rules of Civil Procedure, a civil action is commenced by filing a complaint, or in this case, a petition for writ of habeas corpus. Plaintiff's motion must be denied. Any issue as to the timeliness of a habeas petition cannot be addressed until a petition has been filed with the court.

    **IT IS THEREFORE ORDERED** that petitioner's motion for extension of time (docket #1) is **DENIED**.

    **IT IS FURTHER ORDERED** that the Clerk shall send to plaintiff a blank petition for writ of habeas corpus form with instructions.

    **IT IS FURTHER ORDERED** that this action is **DISMISSED** for failure to file a petition for writ of habeas corpus.

///

///

///

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 25th day of April, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE